FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 19 2019 ★

BROOKLYN OFFICE

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEMYON GRINBLAT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>CORELLE BRANDS HOLDINGS INC., HABITAT FOR HUMANITY NEW YORK CITY, INC., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown,<br><br>Defendants. | STIPULATION OF DISCONTINUANCE WITH PREJUDICE<br><br><br><br><br><br>CASE NO.: 18-cv-6879-ARR-LB |

**IT IS HEREBY STIPULATED AND AGREED** by, and between, the attorney for the Plaintiff, SEMYON GRINBLAT, and the attorneys for the Defendants, CORELLE BRANDS HOLDINGS INC. and HABITAT FOR HUMANITY NEW YORK CITY, INC., that whereas no party hereto is an infant, or an incompetent person, for whom a committee has been appointed, the above-entitled action and all asserted, and non-asserted, claims, counterclaims and crossclaims are hereby dismissed with prejudice and without costs to any party, as against any other party, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties. This stipulation may be signed in counterparts.

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature, shall have the same force and effect as an original signature.

Signed: April 18, 2019

*Michael Grinblat*

Michael Grinblat, Esq. (4159752)

Attorney for the Plaintiff
SEMYON GRINBLAT
Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

Signed: April 18, 2019

*John C. Canoni*

John C. Canoni, Esq.

Attorneys for the Defendant
CORELLE BRANDS HOLDINGS, INC.
Barclay Damon LLP
1270 Avenue of the Americas, Suite 600
New York, NY 10020
Tel: (212) 784-5828
Fax: (212) 784-5761
Email: JCanoni@barclaydamon.com

Signed: April 18, 2019

*Benjamin Stockman*

Benjamin E. Stockman, Esq.

Attorneys for the Defendant
HABITAT FOR HUMANITY
NEW YORK CITY, INC.
Venable LLP
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
Tel: (212) 503-0674
Fax: (212) 307-5598
Email: BEStockman@Venable.com

SO ORDERED:

/s/(ARR)

Allyne R. Ross,
U.S. District Court Judge

2